UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARL E. McDONALD JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05-CV-1122 CAS |
| | ) | |
| MISSOURI SEXUAL OFFENDERS | ) | |
| TREATMENT CENTER, KAREN ADAMS, | ) | |
| DIANE McFARLAND, DORN SCHUFFMAN, | ) | |
| JEREMIAH NIXON, MATT BLUNT, | ) | |
| MISSOURI DEPARTMENT OF MENTAL | ) | |
| HEALTH, SOUTHEAST MISSOURI MENTAL | ) | |
| HEALTH CENTER, MISSOURI DIVISION OF | ) | |
| COMPREHENSIVE PSYCHIATRIC SERVICES, | ) | |
| ALAN BLAKE, JAY ENGLEHART, MARTHA | ) | |
| BELLEW-SMITH, ALICE ADKINS, KENNETH | ) | |
| ALCORN, DORIS ARNETT, VINCEN BARNES, | ) | |
| JOHN BENNETT, JOSHUA BERTRAM, | ) | |
| JEREMY BESS, ROBERT BOYD, DEBRA | ) | |
| BOYER, ANITA BRACKETT, LORI | ) | |
| BRIDGMAN, HELEN BROTHERTON, | ) | |
| BRENDA BRYANT, JEMARCO BURSE, | ) | |
| HEROLD CHILDERS, JEFFERY CHITTY, | ) | |
| KAP CHUNG, TINA CLEVENGER, CYNTHIA | ) | |
| CODY, JUDITH CUNNINGHAM, GREGORY L. | ) | |
| DALE, STEVEN DANE, LORETTA DAY, | ) | |
| SHERRI DEBLOIS, ROBIN DEES, BRIANA F. | ) | |
| DUNN, MICHAEL DUNN, CLARA ELDERS, | ) | |
| MICHELLE ERKLITZ, BETTY FENDLER, | ) | |
| TAMELA FIREBAUGH, SHANON FOSTER, | ) | |
| JASON GIPSON, WAYNE GLASPY, WILLIAM | ) | |
| GOODSON, ELLEN GOVERO, GERALD | ) | |
| GRUBBS, NANCY HALBROOK, ALLEN | ) | |
| HELMS, LISA HELMS, ALAN HORN, | ) | |
| SHERRY HOSKING, DEBORAH HUFF, | ) | |
| LINDA HUNT, THOMAS JARVIS, VICTORIA | ) | |
| JOHNSON, PATRICIA JORDAN, JAMES KOEN, | ) | |
| WALTER LAWSON, JESSICA LYNN, | ) | |
| KIMBERLY MARLER, RICKY McMULLIN, | ) | |
| ELIZABETH MATTHEWS, ROXANNA | ) | |

MITCHELL, SHIRLY MOORE, ROBERT MOSS, )
RICK NICHOLSON, IDA NICKENS, KELLI )
PAGANO, DAWN PHILLIPS, YVETTE )
PHILLIPS, DIANE PHINNEY, DAVID )
PINKLEY, WAYLON PLATERO, ROBERT )
PRATT, LARRY RANSOM, STEPHEN )
RAWSON, WILLIAM RESINGER, ANGELIC )
RICHEY, JUDY ROSS, JOAN SCHLICHTER, )
LARRY SHEARBURN, MARGARET )
SHELTON, SHARON KAY SHORT, JANET )
SIDEBOTTOM, NANCY SNYDER, JOSEPH )
STEINC, MICHAEL STEVENS, JUDITH )
"JUDY" SUMPTER, DAWN SWEENEY, )
ALBERTA SWEET, PAUL WALLER, BEVERLY )
WATKINS, GALA WELLS, JASON WELLS, )
EARNIE WILSON, MISTY WOFFORD, )
BRENDA WRILEY, PAMELA YANCY, )
BARBARA DEMENT, NICOLE DEMENT, )
SCOTT HAGGERTY, JENA KERNS, MIKKI )
RULO, GERALDINE SKILES, SARAH )
THOMURE, VERA WALLER, TEN )
UNKNOWN PAST MSOTC EMPLOYEES, )
JOSEPH F. MANGINI, ROCKEY MARTIN, )
JANET GORDON, ELIZABETH M. SHINE, )
ANITA PAYNE, JESSICA WOOLY, MILFORD )
EAVES, CHARLES JANSKI, REBECCA )
JANINE SEMAR, JEAN BRESS-SCROGGINS, )
JOANNE MURPHY, CORRINA GRIGG, MARY )
BETH ROWE, FLORA SAM ASHTON, )
DEBORAH JOHNSTON, REGINA RAWLINS, )
EDDIE SKILES, DAVID ALLEN TRIPP, LISA )
FENWICK, SHERRY FLEMING, NANCY )
CRUMP, MELISSA CRUMP, SHAREEN )
AINSWORTH, MITCHELL ALCORN, JASON )
ALLGIERS, TODD ASHTON, HELEN BALL, )
JUDY BALLEW, JOSHUA BALLEW, GABRIEL )
BARLOW, PATRICIA PAT BARNHOUSE, )
BRUCE BARRON, LINDELL BARTON, )
MICHAEL BASLER, CATHY BECKETT, )
RANDALL BEEL, DEBRA BELFIELD, )
MARY BELKEN, SHERRY BELL, GARY )
BENNETT, MICHELLE BEQUETTE, VALERIE )
BROOKS, RONNIE BROWN, JEFFERY )

BURKHART, THERESA BULTER, DONNA      )
BISHOP, JOHN KEVIN CAVANAUGH, LORA    )
CAVANAUGH, CHRIS CHAMBERLAIN,        )
JENNIFER CHAMBERLAIN, CLAYTON        )
CHILES, CONNIE CLARK, WILLIAM COFFEY, )
BETTY COOK, WAYNE E. COOK, WAYNE M.  )
COOK, ERNEST CRABTREE, NEETA CRAIG,  )
DEBBIE CRAWFORD, DONNA CRAWFORD,     )
GARY CRITES, PATSY CRUMP, JAMIE      )
CRUMP, JENNIFER DAVIS, JOSEPH JOE    )
DICKERSON, BILL DIXON, JIMMY DOSS,   )
JIMMY DALTON, SHERRY DRYE, EVELYN    )
EDGAR, LINDA FARROW, SANDRA "SANDY"  )
FENWICK, BRANDON FLORES, WENDY       )
FLORES, KAREN GASTON, BRIAN GIPSON,  )
MARGARET GLASPY, CHAD HANKINS,       )
JUSTIN HANSON, NANCY HARRIS, JULIE   )
HASSELL, WILLIAM "BILL" HEAPS, SANDRA )
HEBERLIE, OTIS HELM, THELMA HELM,    )
JANICE HERWIG, MARY HICKMAN, GARY    )
HIGHTOWER, FLOYD HOFF, DYLAN HOGAN,  )
CECELIA JEAN HORN, REBECCA HOUSE,    )
JOHN HUDSON, MARVIN HUMPHREY,        )
STEPHAN HOLLINGER, JUSTIN IVY, MARY  )
JACKSON, PATRICK JOHNSON, RONNIE     )
JONES, TRAVIS JONES, LISA KING, DEREK )
KING, SHARON KLEINSORGE, JOSEPH "JOE" )
KOCHIS, KATHRYN LaCHANCE, SARA       )
LEVENTRY, NANCY LOUGHARY, NANCY      )
LYNN, GARY MAJOR, LARRY MAJOR,       )
WILEY LEON MAXWELL, MICHELLE         )
McCARTHY, JUDY McCARVER, DEBBIE      )
McMILLAN, EVAN MILLER, JAY MILLER,   )
JEFFREY "JEFF" MILLER, CLAYTON MILLER, )
ROSALIE MILLER, ROBERT MOMOT,        )
MICHAEL MORGAN, DOROTHY "DOT"        )
MOWERY, TIMOTHY NASH, MARY NICHOLS,  )
DEBORAH NICHOLSON, KRISTINA "KRISTY" )
NICHOLSON, CHARLES "CHUCK"           )
PARMALEY, ALLEN PALANOWSKI, PEGGY    )
POWELL, JOY CHANTELL PROPST, DONALD  )
DONNY PROPST, DEBORAH RAGAN,         )
WESLEY RAGAN, MARY "CRICKET" RAU,    )

| | |
|---|---|
| JO ANN REEVES, TOMMY RECTOR, MARY ANN RICHARDSON, CONNIE ROBERTS, GLORIA ROBINSON, CHRISTY ROGERS, EDWARD "ED" ROTHLISBERGER, JOHN ROTHLISBERGER, STEVEN ROUSE, GEORGE ROWLAND, LINDA SALES, DOROTHY SCHALK, RONALD SCHARER, THERESA SCHMITT, MICHELLE SCHRUM, KAREN SCOTT, JOHN D. SHERRILL, JOHN T. SHERRILL, THOMAS "TOM" SIMMONS, BRIAN SKILES, CONNIE SMITH, SHIRLEY SMITH, LINDA SNIDER, ANDREW SNYDER, CHARLES STELTZER, EUGENIA STELTZER, MICHAEL STEVENS, ROBERT STIENKEMEYER, ANGELA STUMP, RALPH STURDEVANT, BRENDA SWIFT, DANNIAL "DANNY" SWYERS, ORPHA TEDFORD, WILLIAM TESREAU, GLORIA THOMAS, JEFFREY THOMAS, LISA TUANO, JEANNE TURNER, JOSEPH WANSING, RACHEL WARNCKE, DANA WARREN, RICHARD WATKINS, PATSY PAT WEAVER, KAYLA WELLS, VIVIAN WHITED, MICHELLE WHITWORTH, DONNA WILSON, JANE WURST, SCOTT YATES, ERIC YEAGER, PAMELA YEAGER, PAULA ADAMS, MARGARET CHESSEY, MICHAEL GRADY, MARTHA SMITH, MELANIE BULLARD, MARY LYNN HASSELSON, MARY SHANDS, NANCY AMSDEN, KATHRYN BARRON, SHEILA LIGHT, MICHAEL BURNS, JONATHAN ROSENBOOM, LINDA MEADE, DEANNA WOLF, LYNNE EASON, MARY WEILER, ARISSA RICHARDSON, LINDA WHITENER, TEN UNKNOWN MISSOURI DEPARTMENT OF MENTAL HEALTH OFFICIALS, BETTY ALVERS, and TWENTY CURRENTLY UNKNOWN MSOTC EMPLOYEES,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER OF DISMISSAL
PURSUANT TO
28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

                                                                      */s/ Charles A. Shaw*
                                                                    **CHARLES A. SHAW
                                                                    UNITED STATES DISTRICT JUDGE**

Dated this __4th__ day of May, 2006.